UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RICHARD L. COLLINS, | ) | CASE NO. 1:07CV1971 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CLEVELAND STATE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has filed its OPINION AND ORDER, granting summary judgment in favor of Defendants in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

DATE: 9/12/08

_Christopher A. Boyko_
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE