UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RICHARD L. COLLINS, | ) CASE NO. 1:07CV1971 |
| Plaintiff, | ) |
| vs. | ) JUDGE CHRISTOPHER BOYKO |
| CLEVELAND STATE UNIVERSITY, | ) O R D E R |
| Defendants. | ) |

This Court, having reviewed the Report and Recommendation (Doc.# 38) of Magistrate Judge Perelman  regarding Defendant's Motion to Tax Costs (Doc.# 33), **_adopts in part_** the Magistrate Judge's Report and Recommendation to tax as costs the sum of **_$1,595.95 with opposition from Plaintiff_**  (Doc.# 38).

The Court GRANTS Defendant's Motion to Tax Costs in the amount of $1,515.95 without opposition from Plaintiff.                  .

IT IS SO ORDERED.

S/Christopher A. Boyko
CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE

December 2, 2008